IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERIC JAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 2:04-cv-410-JHH-TMP |
| | ) |
| DONNA JONES, *et al.,* | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation (Doc. #17) on October 25, 2006, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Although the November 27, 2006 objection (Doc. #18) of plaintiff to such report was fourteen days late, the court has considered such objections in reaching its conclusions.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objection by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.  The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law.  Accordingly, the defendants' motion for

summary judgment is due to be GRANTED, and this action is due to be DISMISSED WITH PREJUDICE.  A Final Judgment will be entered.

**DONE** this the   4th   day of December, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE